Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

__M.A.__ District of __Court__

__BMC__ Division

FILED
IN CLERK'S OFFICE
2024 OCT 17 AM 11: 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

__Vladislav Sinev__

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__Brighton District Court__
__Somerville District Court__

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Vladislav Sinev
- Address: 73 Central str, #8, Waltham, MA 02453
- County: USA
- Telephone Number: (347) 651-4771
- E-Mail Address: Drakulavladislav1970@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Brighton Division BMC
- Job or Title: Brighton District Court
- Address: 52 Academy Hill Rd, Boston, MA 02135
- County: USA
- Telephone Number: (617) 782-6240
- E-Mail Address:
- [ ] Individual capacity   [x] Official capacity

**Defendant No. 2**
- Name: Somerville District Court
- Job or Title:
- Address: 175 Fellsway, Somerville, MA 02145
- County: USA
- Telephone Number: (617) 666-8000
- E-Mail Address:
- [ ] Individual capacity   [x] Official capacity

Page 2 of 6

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  _____
  City    State    Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  _____
  City    State    Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1) false imprisonment
2) torture and beatings
3) personal hatred
4) Unprofessional performance of one's duties and abuse of authority

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

1) Abuse of authority
2) Professional unsuitability
3) Hatred by nationality

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Brighton court staff sided with the criminal and obstructed justice, perjury, under threat of arrest, illegally issued arrest warrant

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** Where did the events giving rise to your claim(s) occur?

1) Brighton District Court
2) Somerville District Court

**B.** What date and approximate time did the events giving rise to your claim(s) occur?

1) Brighton BMC - February 6 at 9am
2) Somerville court - February 8 at 11am

**C.** What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

1) I came in Brighton BMC a 9:00 for my jury, the senior office clerk, due to hatred based on nationality, under threat of arrest and physical violence from guards and police, disrupted this event, did not say to the judge who illegally issued a warrant for my arrest
2) I came in Somerville Court, at 10:00 February 8 for my court, where the judge, due to hatred based on nationality, ordered the arrest of me, some gangster-looking man, in civilian clothes and without a badge, without reading my rights.

# II Basis for Jurisdiction

Somerville District Court
The judg, Somervill Court, due to hatred for nationality, sided with criminals, obstructed justice and ordered me to be arresed and beaten, somebody gangster,

# III Statment of Claim

c. continuation

2. by order of the Somervill Court Judge, I was attacked by a bandit, without a uniform or badge, who, after fastening handcuffs, threw me to the floor, and jumped on top, breaking my left hip, all this happened in the courtroom, in the presence of 30 witnesses.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

fracture of the left femoral neck, a complex operation was carried out, Inflammation of both hips, diagnostics and treatment are carried out, severe pain, inability to move, special painkillers, both hips may need to be replaced soon, and long rehabilitation. Mental health treatment is being carried out with strong drugs. Lifelong physical and mental disability.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Brighton Court Senior Clerk Dismissed
2) Dismissal of Judge Somerville Court
3) Two million dollars.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/14/2024

Signature of Plaintiff

Printed Name of Plaintiff: Sinev

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
        City         State         Zip Code
Telephone Number _____
E-mail Address _____